UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARY DOE, as next friend of minor plaintiff, JANE DOE, | § § § § § § § § § § § § | DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S REQUEST FOR JUDICIAL NOTICE |
| Plaintiff | | |
| v. | | CIVIL ACTION NO. 3:25-cv-00128 |
| ROBLOX CORPORATION and DISCORD INC., | | |
| Defendants. | | |

**DECLARATION OF RONITA JIT IN SUPPORT OF DEFENDANT ROBLOX CORPORATION'S REQUEST FOR JUDICIAL NOTICE**

I, Ronita Jit, declare as follows:

1. I am a Senior Paralegal, Litigation and Legal Operations at Roblox Corporation ("Roblox"). Since January 31, 2023, I have been responsible for supporting litigation needs, including assisting with discovery, responding to subpoenas, and conducting dispute-related investigations. Through that work, I am familiar with the systems and records that, among other things, relate to Roblox's Parents' Guides and safety resources available on Roblox's website. I make the statements in this declaration based on my personal knowledge of the matters set forth below and based upon my review of records maintained in the ordinary course of business. If called as witness, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Roblox Corporation's ("Roblox") Request for Judicial Notice in support of Roblox's Motion to Dismiss the Complaint (the "Motion").

5. Attached as Exhibit A is a true and correct copy of Roblox's 2019 Parents' Guide, which is available publicly available at the following URL: https://web.archive.org/web/20190725131556/https://corp.roblox.com/parents/.

6. To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the Roblox 2019 Parents' Guide.

7. Attached as Exhibit B is a true and correct copy of Connect Safely Parent's Guide to Roblox ("Connect Safely"), publicly available at the following URL: https://web.archive.org/web/20190730223008/https://corp.roblox.com/wp-content/uploads/2018/06/Roblox-ConnectSafely-Parents-Guide-v2.pdf

8. To my knowledge, the archived copy from the wayback machine is a true and accurate copy of the Connect Safely Parents' Guide.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2025 in San Mateo California

*Ronita Camarena*
Ronita Jit