# EXHIBIT A

 Careers    Technology    Our People    News    

# Parent's Guide

## About Roblox

Roblox is a global platform where millions of people gather together every day to imagine, create, and share experiences with each other.

All the online games you see on the platform have been built by members of the Roblox community for members of the Roblox community. The types of gameplay on Roblox are just as limitless as the imagination of the creators themselves. Players can build the ultimate theme park, compete as a professional race car driver, star in a fashion show, become a superhero, or simply design a dream home and hang out with friends. Roblox is free to download and free to play on all modern smartphones, tablets, computers, Xbox One, Oculus Rift, and HTC Vive.

ConnectSafely, a Silicon Valley-based nonprofit organization dedicated to educating users of connected technology about safety, privacy, and security, published a helpful guide to educate parents about the Roblox platform and how to promote good digital habits for your kids. The guide also outlines the options available to parents to help provide a safe and enjoyable experience on Roblox. Download the guide by clicking here.

## About Roblox Studio

Roblox Studio is a free, all-in-one building tool that comes with every installation of Roblox on computers. It allows players to create anything they imagine, from simple drag-and-drop building experiences to complex multiplayer games, and then upload it to the Roblox platform.

## Roblox offers free educational resources.

Roblox's roots have always been steeped in STEM education (science, technology, engineering, and mathematics). By giving people the tools to explore their imagination, we've empowered an entire generation of people to develop the skills they need to become tomorrow's entrepreneurs and creators.

Our free creation tools and educational content can be used to teach real coding, game design, digital citizenship, and entrepreneurial skills.

Learn more here: corp.roblox.com/education

## Roblox is at the forefront of community safety.

We take online safety and privacy very seriously at Roblox.

## Cyber Safety

We protect our players' safety by proactively filtering inappropriate content and acting against anyone who is in violation of our Rules of Conduct. All uploaded images, video, and audio files are pre-reviewed by moderators before being allowed on the site. Our global moderation team is also online around the clock addressing any incoming concerns as reported by players.

Roblox offers parental controls that allow for a selection of chat options (no chat, chat with friends, chat with everyone), account age visibility (13+ or <13), an account PIN code feature, and an Account Restrictions setting that only allows children under 13 to access a curated list of age-appropriate games. To learn how to enable these settings, click here.

To learn about our safety features, please visit corp.roblox.com/trust-safety/.

## Privacy

Roblox is a member in the kidSAFE Seal Program, which has been approved by the Federal Trade Commission as an authorized safe harbor under the Children's Online Privacy Protection Act (COPPA). We are committed to complying with COPPA to ensure the privacy of our users under the age of 13 and implementing reasonable measures to prevent them from sharing personal information via chat messages or in-game. In addition, Roblox is committed to compliance with the European Union's General Data Protection Regulation (GDPR), which provides a set of standardized data protection laws across all European Union member countries.

You can review Roblox's Privacy Policy by clicking here.

## About Roblox's Trust & Safety Advisory Board

Roblox is dedicated to building a safe, family-friendly environment to help protect younger players from seeing inappropriate content online. As part of that commitment, we have formed a Trust & Safety Advisory board comprised of world-renowned digital safety authorities. We collaborate with these board members to continually institute best online safety practices on our platform.

Learn more about the members of our Trust & Safety Advisory Board: corp.roblox.com/trust-safety/

# Roblox Frequently Asked Questions (FAQs)

Please see our FAQ page for answers to common Roblox questions: [corp.roblox.com/faq/](corp.roblox.com/faq/)

# Contact Roblox

Have a question or looking for help? Check out our support pages here: [corp.roblox.com/contact/](corp.roblox.com/contact/)

\ SEE WHAT PARENTS SAY ABOUT ROBLOX