# Exhibit A

Discord    Download    Nitro    Discover    Safety ⌄    Quests ⌄    Support ⌄    Blog ⌄    Developers ⌄    Careers    Log In



Policy & Safety

# Discord Transparency Report: July - September 2022

🛡 Discord Safety

December 15, 2022

Our mission at Discord is to give people the power to create belonging in their lives. We recognize that safety enables people to find belonging, and that's why safety is one of our most important investments and priorities.

Safety is a collaborative and cross-functional effort at Discord. Our Engineering, Data, and Product teams build products with safety principles in mind. Our Policy team takes a nuanced and sophisticated approach to developing our Community Guidelines and forms strategic partnerships with academics, civil society, industry peers, and community moderators to advance our collective understanding with cutting-edge technology to help us scale our efforts with reports received from users, moderators, and trusted third party reporters.

Safety is a vital priority for our company. Around 15% of all Discord employees are dedicated to

☀ 🌙    Discord Transpare... ⌄    🔍 Search...

and sophisticated approach to developing our Community Guidelines and forms strategic partnerships with academics, civil society, industry peers, and community moderators to advance our collective understanding of online safety. Our Safety team works with cutting-edge technology to detect and respond to abuse, both proactively and from reports received from users, moderators, and trusted third party reporters.

Safety is a vital priority for our company. Around 15% of all Discord employees are dedicated to this area and every employee shares in the commitment to keeping Discord safe. These Transparency Reports provide insight into our continued investment into keeping Discord a safe place for people to find belonging.

This Transparency Report, our ninth since 2019, covers the third quarter of 2022, from July to September.

## Community Guidelines Enforcement

Discord publishes and maintains a comprehensive set of Community Guidelines that explains what content and behavior is and isn't allowed on Discord. We invest heavily in our proactive efforts to detect and remove abuse before it's reported to us. Through advanced tooling, machine learning, specialized teams, and partnering with external experts, we work to remove high-harm abuse before it is viewed or experienced by others.

We encourage users, moderators, and trusted reporters to submit reports if they believe an account or server is violating our Community Guidelines. We analyze these reports to determine if the content or behavior violates our Guidelines. We may take a number of enforcement actions including but not limited to issuing warnings; removing content; temporarily or permanently disabling or removing the accounts and/or servers responsible; and potentially reporting them to law enforcement.

This report details the actions that Discord has taken on accounts and servers that have violated our Community Guidelines and Terms of Service.

## Actions Taken on Accounts and Servers

### Account and Server Warnings

Discord issues warnings with the goal of preventing future violations of our Community Guidelines. For some high-harm issues such as Violent Extremism or Child Sexual Abuse Material (CSAM) - a subcategory of Child Safety - we do not issue warnings but rather immediately disable the account and remove the content. In the case of CSAM, we also report the account to the National Center for Missing and Exploited Children.



| Warning type | Individual Accounts Warned | Servers Warned | Server Members Warned |
|---|---|---|---|
| Child Safety | 3,185 | 1,146 | 23,043 |
| Deceptive Practices | 131 | 0 | 0 |
| Exploitative and Unsolicited Content | 7,494 | 203 | 371,489 |
| Harassment and Bullying | 3,713 | 223 | 16,936 |
| Hateful Conduct | 1,422 | 419 | 63,872 |
| Identity and Authenticity | 16 | 0 | 0 |
| Misinformation | 5 | 8 | 8,797 |
| Platform Manipulation | 52 | 20 | 52 |
| Regulated or Illegal Activities | 2 | 22 | 771,830 |
| Self-Harm Concerns | 222 | 0 | 0 |
| Violent and Graphic Content | 1,567 | 289 | 34,945 |
| Violent Extremism | – | – | – |
| **Total** | **17,809** | **2,330** | **1,290,964** |

The above chart breaks down warnings issued to individual accounts, servers, and server members. A text version of this chart is available here.

We issue two types of warnings for accounts: Individual Account Warnings, which are issued to individual users, and Server Member Warnings, which target multiple members of a server and may be issued when warning or removing a server from Discord.

Individual accounts were issued **17,809** warnings, an increase of 31% when compared to the previous quarter. The number of warnings issued to servers decreased by 11% to **2,330**, and warnings issued to server members decreased by 16.5% to **1,290,964** accounts warned.

## Accounts Disabled



**Violent and Graphic Content**
12,300

**Self-Harm Concerns**
1,297

**Regulated or Illegal Activities**
37,248

**Violent Extremism**
12,489

Actions Taken on A...   Search...

Document title: Discord Transparency Report: July - September 2022
Capture URL: https://discord.com/blog/discord-transparency-report-q3-2022
Capture timestamp (UTC): Thu, 13 Mar 2025 05:56:03 GMT



A text version of the number of accounts disabled by category chart is available here.

We disabled **185,756** accounts between July and September 2022 for policy violations not including spam, a 74.5% decrease when compared to 726,759 accounts disabled in the previous quarter.

The Child Safety category accounted for 90% of this decrease in accounts disabled. This decline is a direct result of our ongoing improvements in our efforts to detect and proactively remove child exploitative content from Discord. Our ability to more rapidly detect networks of bad actors limits the number of accounts engaging with the content, resulting in fewer accounts disabled overall. An in-depth look at each of these categories, including Child Safety, can be found in the Enforcement Trend Analysis of this report.

Accounts disabled for spam or spam-related offenses increased to **50,510,769**. This is an increase of 82% from the previous quarter when we disabled 27,733,948 spam accounts. Our proactive anti-spam efforts continue to improve and become more sophisticated, creating a better user experience on Discord for all.

## Servers Removed





The above chart breaks down the number of servers removed by category and if they were removed proactively or reactively. A text version of this chart is available here.

We removed **30,456** servers between July and September 2022, an increase of 7% from the 28,370 servers that we removed during the previous quarter.

We continue to invest in our ability to proactively detect and remove servers before they're reported to us, especially for high-harm categories. We're proud to share that 92% of servers removed for Child Safety were removed proactively, with CSAM servers being removed proactively 99% of the time. Overall, 71% of removed servers were removed proactively.

### Appeals





The above chart shows the total percentage of disabled accounts that submitted an appeal, and the percentage of those appeals that were granted. A text version of this chart is available here.

Discord allows users to appeal actions taken on their accounts if they believe that the enforcement was incorrect.

We welcome appeals and take them seriously when they raise context or information that we may not have known. We review appeals and reinstate accounts if we determine that a mistake was made, or if we believe, based on the appeal, that the user has recognized the violation made for a low-harm issue and will abide by our Community Guidelines once back on Discord. We received appeals from 15.5% of disabled accounts, or **28,736** appeals. This was around the same percentage of appeals received during the previous quarter. From these appeals, we reinstated **1,334** accounts or 4.64% of users who submitted an appeal.

## Reports

### Reports Received By Category and Action Rates of Reports





A text version of the reports received chart is available here.

Reports received during the third quarter of 2022 decreased to **134,663** when compared to 153,550 reports received during the second quarter of 2022.

Overall, 20,388 or 15% of the total reports received, identified violations of our Community Guidelines leading to action taken.

We also received **8,685,638** one-click reports for spam on 4,818,261 unique accounts during this reporting period.

## Enforcement Trend Analysis

### Child Safety

Discord has a zero-tolerance policy for anyone who endangers or sexualizes children. Child-harm content is appalling, unacceptable, and has no place on Discord or the internet at large. We work with industry peers, civil society, and law enforcement to ensure that this effort extends beyond Discord. Discord is an active supporter of cross-industry programs such as the National Center for Missing and Exploited Children (NCMEC) and is a member of the Technology Coalition, a group of companies together to end online child sexual exploitation and abuse. We're also a frequent sponsor of events dedicated to increasing awareness of and action on child safety issues such as the annual Dallas Crimes Against Children Conference.

We invest heavily in advanced tooling and education so parents know how our service works and understand the controls that can contribute to creating a positive and safe experience on Discord for their children. As part of our ongoing commitment to parent engagement, Discord is a proud sponsor of t[...]ely. We continue to be a member of the [...]ning from its important work.



and distribute content to educate and help them in that experience.

Discord for their children. As part of our ongoing commitment to parent engagement, Discord is a proud sponsor of the National Parent Teacher Association and ConnectSafely. We continue to be a member of the Family Online Safety Institute, contributing to and learning from its important work.

Users who upload abuse material of children to Discord are reported to NCMEC and removed from the service. We deeply value our partnership with NCMEC and their efforts to ensure that grooming and endangerment cases are quickly escalated to law enforcement.

In the third quarter of 2022, we reported **14,366** accounts to NCMEC. 14,303 of those reports were media (images or videos), of which many were flagged through PhotoDNA – a tool that uses a shared industry hash database of known CSAM. 63 high-harm grooming or endangerment reports were also delivered to NCMEC.



A text version of the reports filed to NCMEC chart is available here.

Discord disabled **42,458** accounts and removed **14,451** servers for Child Safety during the third quarter of 2022. This was a 92% decrease in the number of accounts disabled when compared to the previous quarter.

Our investment and prioritization in Child Safety has never been more robust. These decreases are the result of improvements in our efforts to detect and proactively remove child exploitative content from Discord. Specifically, better operating procedures and enhanced detection capabilities have enabled our team to identify these servers faster.

By targeting and proactively removing networks of bad actors from Discord before they grew in size, fewer accounts participated in these spaces, and as a result, fewer accounts were disabled.

We were able to rem... ... the time. Removing CSAM content is one... ...nctional efforts that have enabled us to achieve this proactive takedown rate for CSAM.



Log In

disabled.

We were able to remove servers hosting CSAM content proactively **99%** of the time. Removing CSAM content is one of our top priorities, and we are proud of the cross-functional efforts that have enabled us to achieve this proactive takedown rate for CSAM.

### Deceptive Practices

Using Discord for the purpose of distributing malware, sharing or selling game hacks or cheats, theft of authentication tokens, or participating in identity, investment, and financial scams is a violation of our Community Guidelines.

We disabled **8,800** accounts and removed **2,137** servers for Deceptive Practices during the third quarter of 2022. This was an increase of 43% and 27% respectively.

### Exploitative and Unsolicited Content

It is a violation of our Community Guidelines to share or promote sexually explicit content of other people without their consent.

We disabled **47,570** accounts and removed **1,837** servers for Exploitative and Unsolicited Content. This represents a 55% decrease in accounts disabled and a 21% decrease in servers removed when compared to the previous quarter.

This decrease was driven by our ability to identify and remove a specific abuse pattern, resulting in a decrease of servers created to host that content, and consequently, fewer accounts disabled for engaging with that content.

### Harassment and Bullying

Harassment and bullying have no place on Discord. Continuous, repetitive, or severe negative comments, circumventing bans, suggestive or overt threats, the sharing of someone's personally identifiable information (also known as doxxing), and server raiding are violations of our Community Guidelines.

During the third quarter of 2022, **11,347** accounts were disabled for harassment-related behavior, and **555** servers were removed for this issue.

### Hateful Conduct

Discord doesn't allow the organization, promotion, or participation in hate speech or hateful conduct. We define "hate speech" as any form of expression that denigrates, vilifies, or dehumanizes; promotes intense, irrational feelings of enmity or hatred; or incites harm against people on the basis of protected characteristics. You can read our latest policy blog post to learn more.

During the third quarter of 2022, **7,104** accounts and **829** servers were removed for hateful conduct. Compared to the previous quarter, this was an increase of 24% and 16%, respectively.

### Identity and Authenticity

Using Discord for the purpose of [...] is impersonation of individuals or organizations is a violation of our Community Guidelines.

We disabled **2,561** accounts and removed **13** servers for this issue. This was a significant

Enforcement Tren...    Search...

### Identity and Authenticity

Using Discord for the purpose of coordinating and participating in malicious impersonation of individuals or organizations is a violation of our Community Guidelines.

We disabled **3,561** accounts and removed **13** servers for this issue. This was a significant increase as we continue to improve our methods  for detecting and removing malicious bots.

### Misinformation

In February 2022, we published a blog post discussing our new policy prohibiting the sharing of false or misleading information on Discord that is likely to cause physical or societal harm. This blog post discusses the new policy and our enforcement criteria in more detail.

We disabled **385** accounts and removed **52** servers for misinformation.

### Platform Manipulation

Spam, fake accounts, and self-bots are examples of platform manipulation that damage the experience of our users and violate our Community Guidelines.

During the third quarter of 2022, **1,197** accounts and **656** servers were removed for platform manipulation-related issues not related to spam. An additional **50,510,769** accounts were disabled for spam or spam-related offenses.

We're focused on combating spam and minimizing users' exposure to spammers and spam content on Discord. We have a dedicated cross-functional anti-spam team building sophisticated anti-spam measures, and as a result of this work, 90% of accounts disabled for spam were disabled proactively, before we received any user report.

You can read more about how Discord fights spam here. You can also read this blog post published in September about Automod, a new safety feature that enables server owners to automatically moderate certain abuse, including spam.

### Regulated or Illegal Activities

Using Discord for the purpose of engaging in regulated, illegal, or dangerous activities is strictly prohibited, including selling or facilitating the sale of prohibited or potentially dangerous goods or services.

We disabled **37,284** accounts for engaging in this behavior, an increase of 35.5% from the prior quarter. A total of **6,950** servers were removed for this category with a proactive removal rate of 63%.

### Self-Harm Concerns

Using Discord to glorify or promote suicide or self-harm is not allowed under any circumstance. We recently expanded our Self Harm Encouragement and Promotion Policy which you can read more about here.

Actions may be taken on accounts that encourage others to cut themselves or embrace eating disorders, or otherwise seek to manipulate others to engage in acts of self-harm. These actions are only taken on accounts glorifying or promoting acts of self-harm, not on users seeking help or in need of medical attention.

Document title: Discord Transparency Report: July - September 2022
Capture URL: https://discord.com/blog/discord-transparency-report-q3-2022
Capture timestamp (UTC): Thu, 13 Mar 2025 05:56:03 GMT



Log In

Actions may be taken on accounts or servers encouraging people to cut themselves or embrace eating disorders, or otherwise manipulating and coercing other users to engage in acts of self-harm. These actions are only taken on accounts glorifying or promoting acts of self-harm, not on users seeking help or in need of medical attention.

In September we announced a new partnership with Crisis Text Line, a nonprofit that provides 24/7 text-based mental health support and crisis intervention via trained volunteer crisis counselors. Crisis Text Line is currently available to those in the United States and is offered in both English and Spanish. You can read more about this partnership here.

We disabled **1,297** accounts and removed **610** servers for Self-Harm concerns.

### Violent and Graphic Content

Real media depicting gore, excessive violence, the glorification of violence, or animal cruelty with the intent to harass or shock others is not allowed on Discord.

In the third quarter of 2022, **12,300** accounts were disabled for posting violent and graphic content. We also removed **1,313** servers for violent and graphic content.

### Violent Extremism

We consider violent extremism to be the support, encouragement, promotion, or organization of violent acts or ideologies that advocate for the destruction of society, often by blaming certain individuals or groups and calling for violence against them.

This blog post discusses our methods to address violent extremism. Through partnering and engaging in cross-industry work with Tech Against Terrorism, the Global Internet Forum To Counter Terrorism (GIFCT), the European Union Internet Forum, and other organizations, we've made progress in our tooling, policy, and subject matter expertise to ensure that violent extremism does not have a home on Discord.

In the third quarter of 2022, **12,489** accounts and **1,053** servers were removed for violent extremism.

## Information Requests

When appropriate, Discord complies with information requests from law enforcement agencies while respecting the privacy and rights of our users.

Law enforcement must provide valid legal documentation for the requested information. We review each information request to ensure legal compliance.

Discord may also disclose user data to law enforcement in emergency situations when we possess a good faith belief that there is an imminent risk of serious physical injury or death. You can read more about how Discord works with law enforcement here.

### Legal Requests



Discord received **1,450** pieces of legal process during the third quarter of 2022, finding **1,342** both legally valid and specific enough for us to identify an account and produce relevant

Document title: Discord Transparency Report: July - September 2022
Capture URL: https://discord.com/blog/discord-transparency-report-q3-2022
Capture timestamp (UTC): Thu, 13 Mar 2025 05:56:03 GMT



can read more about how Discord works with law enforcement here.



### Legal Requests

Discord received **1,450** pieces of legal process during the third quarter of 2022, finding **1,342** both legally valid and specific enough for us to identify an account and produce relevant information. We work to limit disclosures of user information and content so they match the specific circumstances dictated by each request.

| Request Type | Requests | Information Produced |
|---|---|---|
| Court Orders | 17 | 13 |
| Pen Register / Trap and Trace | 3 | 2 |
| Search Warrants | 437 | 307 |
| Subpoenas | 485 | 411 |
| Total | 942 | 733 |

| Request Type | Requests | Complied |
|---|---|---|
| Preservation Requests | 609 | 508 |

A text version of the requests from law enforcement chart is available here.

### Emergency Requests

Discord received **213** emergency disclosure requests from law enforcement during this period. These requests originated from law enforcement agencies around the world. We disclose user data to law enforcement absent legal process only when there is imminent risk of serious physical injury or death. We were able to identify 197 accounts based on the information provided by law enforcement for these requests and disclosed basic subscriber information in response to **111** emergency disclosure requests.

### Intellectual Property Removal Requests

Our Community Guidelines and Terms of Service prohibit the sharing of content that infringes third-party intellectual property rights. In accordance with the Digital Millennium Copyright Act (DMCA), Discord [...] th claims of copyright infringeme[...]

We review each DMCA notice to ensure that reports are valid and complete and that they are



Our Community Guidelines and Terms of Service prohibit the sharing of content that infringes third-party intellectual property rights. In accordance with the Digital Millennium Copyright Act (DMCA), Discord will remove content and/or accounts in connection with claims of copyright infringement on Discord.

We review each DMCA notice to ensure that reports are valid and complete and that they are made in good faith.

Discord received **872** facially valid DMCA takedown notifications, of which **732** provided information sufficient for content removal upon request.

## Our Commitment to Safety and Transparency

Creating a place where you can talk, hang out with friends, and find belonging in a welcoming and safe environment requires collaboration and dedication from all of us at Discord.

We're proud of the work that we do to help keep people and communities on Discord safe. We hope that as a result of this work, you're able to find belonging in the communities on Discord that you call home.

We hope that these Transparency Reports, as well as our Safety Center and Safety Blog, will continue to educate and inspire others toward building a safer digital world.

Tags

Transparency Reports

---



### Discord Safety

The Safety team works to ensure that Discord is a great place to find belonging in the communities you call home.

# RELATED ARTICLES



 Discord

Log In







Product & Features

Product & Features

Product & Features

**Discord Patch Notes: March 11,...**

**Discord Patch Notes: February 3...**

**Discord Update: December...**



**Product**

Download
Nitro
Status
App Directory
Mobile Experience

**Company**

About
Jobs
Brand
Newsroom

**Resources**

College
Support
Safety
Blog
StreamKit
Creators
Community
Developers
Gaming
Quests
Official 3rd Party Merch
Feedback

**Policies**

Terms
Privacy
Cookie Settings
Guidelines
Acknowledgements
Licenses
Company Information

Language

English

Social



Log In



Product & Features

# Discord Patch Notes: March 11,...

Product & Features

# Discord Patch Notes: February 3...

Product & Features

# Discord Update: December...



Discord Transpare...    Search...

Product

Download

Nitro

Status

App Directory

Mobile Experience

Company

About

Jobs

Brand

Newsroom

Resources

College

Support

Safety

Blog

StreamKit

Creators

Community

Developers

Gaming

Quests

Official 3rd Party Merch

Feedback

Policies

Terms

Privacy

Cookie Settings

Guidelines

Acknowledgements

Licenses

Company Information

Language

English

Social



