# Exhibit B

# Discord Transparency Report: JANUARY - MARCH 2023

**Published on:  July 13, 2023**

Our mission at Discord is to give everyone the power to create belonging in their lives. At Discord, safety is one of our top priorities and commitments, bringing together a cross-functional team of around 15% of our company to work directly on making Discord the best place to build belonging.

This Transparency Report, our eleventh since 2019, covers the first quarter of 2023, from January through March. This is also our first Report published on our [new Transparency Hub](#), part of our [new Safety Center](#). The purpose of these sites is to provide greater insight into the work we do to keep people and communities on Discord safe, and to provide an easier way to access resources and best practices for how to be safe on Discord.

We're proud of the work we do to keep people and communities safe on Discord, and we hope that these Reports and our new Safety Center will continue to educate and inspire others to build a safer digital world.

## Community Guidelines Enforcement

Discord publishes and maintains a comprehensive set of [Community Guidelines](#) that explains what content and behavior is and isn't allowed on Discord. We invest heavily in our proactive efforts to detect and remove abuse before it's reported to us. Through advanced tooling, machine learning, specialized teams, and partnering with external experts, we work to remove high-harm abuse before it is viewed or experienced by others.

In addition to our proactive efforts, we encourage users, moderators, and trusted reporters to submit reports if they believe an account or server is

violating our Community Guidelines. We analyze these reports to determine if the content or behavior violates our Guidelines. We may take a number of enforcement actions including but not limited to issuing warnings; removing content; disabling or removing the accounts and/or servers responsible; and reporting them to law enforcement.

This report details the actions that Discord has taken on accounts and servers that have violated our Community Guidelines and Terms of Service.

We recently published updates to our Community Guidelines. This report covers the first quarter of 2023, and reflects actions taken under the previous version of our Guidelines.

## Actions Taken on Accounts and Servers

### Account and Server Warnings

Discord issues warnings with the goal of preventing future violations of our Community Guidelines. For some high-harm issues such as Violent Extremism or Child Sexual Abuse Material (CSAM) - a subcategory of Child Safety - we do not issue warnings and instead immediately disable the account and remove the content. In the case of CSAM, we also report the account to the National Center for Missing and Exploited Children, who subsequently work with local law enforcement to take appropriate action.

| Warn Category | Individual Accounts Warned | Servers Warned | Server Members Warned |
|---|---|---|---|
| Child Safety | 3,208 | 862 | 86,514 |
| Deceptive Practices | 105 | 2 | – |
| Exploitative and Unsolicited Content | 5,734 | 164 | 506,859 |
| Harassment and Bullying | 5,724 | 310 | 50,780 |
| Hateful Conduct | 1,281 | 490 | 48,151 |
| Identity and Authenticity | 17 | – | – |
| Misinformation | – | – | – |
| Platform Manipulation | 75 | 29 | 67 |
| Regulated or Illegal Activities | 2 | 12 | 817,562 |
| Self-Harm Concerns | 121 | – | – |
| Violent and Graphic Content | 2,084 | 265 | 46,583 |
| Violent Extremism | 30 | 9 | – |
| Total | 17,931 | 2,143 | 1,556,516 |

We issue two types of warnings for accounts: Individual Account Warnings, which are issued to individual users, and Server Member Warnings, which target members of a server and may be issued when warning or removing a server from Discord.

We issued **17,931** warnings to individual accounts, an increase of 41% when compared to the previous quarter. The number of warnings issued to servers increased by 11% to **2,143**, and warnings issued to server members increased by 27% to **1,556,516** accounts warned.

## Accounts Disabled



**Violent and Graphic Content**
18,666

**Self-Harm Concerns**
1,294

**Regulated or Illegal Activities**
41,441

**Platform Manipulation**
3,122

**Identity and Authenticity**
356

**Misinformation**
124

**Hateful Conduct**
4,352

**Violent Extremism**
8,308

**Child Safety**
54,835

**Deceptive Practices**
6,635

**Exploitative and Unsolicited Content**
22,123

**Harassment and Bullying**
12,489



| Accounts Disabled Category | Accounts Disabled |
| --- | --- |
| Child Safety | 54,835 |
| Deceptive Practices | 6,635 |
| Exploitative and Unsolicited Content | 22,123 |
| Harassment and Bullying | 12,489 |
| Hateful Conduct | 4,352 |
| Identity and Authenticity | 356 |
| Misinformation | 124 |
| Platform Manipulation | 3,122 |
| Regulated or Illegal Activities | 41,441 |
| Self-Harm Concerns | 1,294 |
| Violent and Graphic Content | 18,666 |
| Violent Extremism | 8,308 |
| Total | 173,745 |

We disabled **173,745** accounts for policy violations not including spam, a 13% increase when compared to 153,883 accounts disabled in the previous quarter.

The two largest categories, Child Safety and Regulated or Illegal Activities saw the largest change in accounts disabled, with an increase of 48% and a decrease of 28% respectively. However, the overall increase in accounts disabled came from categories including Exploitative and Unsolicited Content, Harassment and Bullying, and Violent and Graphic Content. An in-depth explanation of these trends can be found in the Enforcement Trend Analysis of this report.

Accounts disabled for spam or spam-related offenses decreased by 71% to **10,693,885** when compared to 36,825,143 spam accounts disabled in the previous quarter.

## Servers Removed



| Servers Removed Category | Servers Removed Proactive | Servers Removed Reactive | Total Servers Removed |
|---|---|---|---|
| Child Safety | 11,336 | 1,334 | 12,670 |
| Deceptive Practices | 1,792 | 1,660 | 3,452 |
| Exploitative and Unsolicited Content | 518 | 1,212 | 1,730 |
| Harassment and Bullying | 135 | 1,163 | 1,298 |
| Hateful Conduct | 340 | 410 | 750 |
| Identity and Authenticity | 12 | 11 | 23 |
| Misinformation | 44 | 6 | 50 |
| Platform Manipulation | 685 | 592 | 1,277 |
| Regulated or Illegal Activities | 7,255 | 2,330 | 9,585 |
| Self-Harm Concerns | 268 | 274 | 542 |
| Violent and Graphic Content | 1,477 | 871 | 2,348 |
| Violent Extremism | 561 | 373 | 934 |
| Total | 24,423 | 10,236 | 34,659 |

We removed **34,659** servers, an increase of 4% from the 33,232 removed during the previous quarter.

We continue to invest in our ability to proactively detect and remove servers before they're reported to us, especially for high-harm categories. Servers removed for Child Safety were removed proactively 90%, with CSAM servers being removed proactively 99% of the time. Overall, 70% of removed servers were removed proactively.

## Appeals



| Appeal Category | Accounts Disabled | Appeals | % of Accounts Who Submitted an Appeal | Appeals Granted | % Account Appeal | % Account Appeals Granted |
|---|---|---|---|---|---|---|
| Child Safety | 54,835 | 10,469 | 19.09% | 71 | 0.68% | 0.13% |
| Deceptive Practices | 6,635 | 1,730 | 26.07% | 45 | 2.60% | 0.68% |
| Exploitative and Unsolicited Content | 22,123 | 2,806 | 12.68% | 70 | 2.49% | 0.32% |
| Harassment and Bullying | 12,489 | 4,385 | 35.11% | 161 | 3.67% | 1.29% |
| Hateful Conduct | 4,352 | 1,309 | 30.08% | 52 | 3.97% | 1.19% |
| Identity and Authenticity | 356 | 46 | 12.92% | 1 | 2.17% | 0.28% |
| Misinformation | 124 | 0 | 0% | 0 | 0% | 0% |
| Platform Manipulation | 3,122 | 809 | 25.91% | 14 | 1.73% | 0.45% |
| Regulated or Illegal Activities | 41,441 | 10,106 | 24.39% | 166 | 1.64% | 0.40% |
| Self-Harm Concerns | 1,294 | 240 | 18.55% | 4 | 1.67% | 0.31% |
| Violent and Graphic Content | 18,666 | 4,401 | 23.58% | 137 | 3.11% | 0.73% |
| Violent Extremism | 8,308 | 1,833 | 22.06% | 57 | 3.11% | 0.69% |
| Total | 173,745 | 38,134 | 21.95% | 778 | 2.04% | 0.45% |

Discord allows users to appeal actions taken on their accounts if they believe that the enforcement was incorrect.

We review appeals and reinstate accounts if we determine that a mistake was made, or if we believe, based on the appeal, that the user has recognized the violation made for a low-harm issue and will abide by our Community Guidelines once back on Discord. We received appeals from 22% of disabled accounts. From these appeals, we reinstated **778** accounts or 2% of users who submitted an appeal.

# Reports

## Reports Received By Category and Action Rates of Reports:



| Report Category | Reports Received | Reports Actioned | % of Reports Actioned |
|---|---|---|---|
| Child Safety | 10,232 | 732 | 7.25% |
| Deceptive Practices | 17,599 | 4,448 | 25.27% |
| Exploitative and Unsolicited Content | 7,265 | 656 | 9.03% |
| Harassment and Bullying | 37,793 | 5,085 | 13.45% |
| Hateful Conduct | 18,221 | 768 | 4.21% |
| Identity and Authenticity | 3,787 | 1,229 | 32.45% |
| Misinformation | 638 | 196 | 30.72% |
| Platform Manipulation | 4,157 | 640 | 15.40% |
| Regulated or Illegal Activities | 6,394 | 1,570 | 24.55% |
| Self-Harm Concerns | 3,128 | 204 | 6.52% |
| Violent and Graphic Content | 4,536 | 1,739 | 38.34% |
| Violent Extremism | 3,292 | 923 | 28.04% |
| Total | 117,042 | 18,200 | 15.55% |

We received **117,042** user reports during the first quarter of 2023. Overall, 18,200, or 15.5% of the reports we received, identified violations of our Community Guidelines leading to action taken.

We also received **6,023,898** reports for spam on 3,090,654 unique accounts during this reporting period.

# Enforcement Trend Analysis

### Child Safety

Discord has a zero-tolerance policy for anyone who endangers or sexualizes children. Child-harm content is appalling, unacceptable, and has no place on Discord or in society. We work with industry peers, civil society, and law

enforcement to ensure that this effort extends beyond Discord. Discord is an active supporter of cross-industry programs such as the National Center for Missing and Exploited Children (NCMEC) and is a member of the Technology Coalition, a group of companies working together to end online child sexual exploitation and abuse. We're also a frequent sponsor of events dedicated to increasing awareness of and action on child safety issues such as the annual Dallas Crimes Against Children Conference. We are proud to announce a new partnership with INHOPE, the global network combatting online CSAM. Discord is a proud sponsor of the National Parent Teacher Association and ConnectSafely. We partner with The Digital Wellness Lab to integrate their research on teen health and social media, and are members of the Family Online Safety Institute, contributing to and learning from its important work.

We invest heavily in advanced tooling and education so parents know how our service works and understand the controls that can contribute to creating a positive and safe experience on Discord for their children. We just launched our new Family Center, and Parent Hub as part of our ongoing commitment to parent engagement and education.

Users who upload abuse material of children to Discord are reported to NCMEC and removed from the service. We deeply value our partnership with NCMEC and their efforts to ensure that grooming and endangerment cases are quickly escalated to law enforcement. We also recently published details about our Child Safety policies which we updated in partnership with leaders in teen and child safety to ensure our policies are crafted with the latest research, best practices, and expertise in mind. You can read the summary in this article here, and the policies here.

In the first quarter of 2023, we reported **20,126** accounts to NCMEC. 20,001 of those reports were media (images or videos), of which many were flagged through PhotoDNA – a tool that uses a shared industry hash database of

known CSAM. Additionally, 125 high-harm grooming or endangerment reports were delivered to NCMEC.



| Month | Media Reports | Grooming or Endangerment Escalations | Month Total |
|---|---|---|---|
| January | 6,403 | 19 | 6,422 |
| February | 4,756 | 38 | 4,794 |
| March | 8,842 | 68 | 8,910 |
| Total | 20,001 | 125 | 20,126 |

Discord disabled **54,835** accounts and removed **12,670** servers for Child Safety during the first quarter of 2023. Accounts disabled increased by 48%, while servers removed decreased by 27%. We removed CSAM servers proactively **99%** of the time.

The increase in accounts disabled and our reports to NCMEC is due to improvements in Discord's identification of bad actors engaged in this behavior. Finding these bad actors early allows us to swiftly take action.

Additionally, we launched in-platform reporting, which makes it easier for users to report content and more effective for our team to investigate. As has always been our policy, we review reports of inappropriate content with a minor on an escalated basis and report directly to NCMEC when appropriate.

One tool that we leverage is our visual safety platform. This is a service that can identify hashes of prohibited images such as CSAM and check all image uploads to Discord against databases of known objectionable images. Additionally, we have invested more resources in combating CSAM on our platform, including a team who solely focuses on child safety as well as a dedicated engineering team.

Discord is committed to continually exploring new and improved safeguards that help keep younger users safe on our platform and online.

## Deceptive Practices

Using Discord for the purpose of distributing malware, sharing or selling game hacks or cheats, authentication token theft, or participating in either identity, investment, or financial scams is a violation of our Community Guidelines.

We disabled **6,635** accounts and removed **3,452** servers for Deceptive Practices during the first quarter of 2023. This was an increase of 29% in accounts disabled, and an increase of 43% in servers removed.

## Exploitative and Unsolicited Content

It is a violation of our Community Guidelines to share or promote sexually explicit content of other people without their consent.

We disabled **22,123** accounts and removed **1,730** servers for exploitative and unsolicited content. This was an increase of 39% and 40% respectively largely

driven by advancements in proactive models allowing for faster detection and removal of specific networks of bad actors.

## Harassment and Bullying

Harassment and bullying have no place on Discord. Continuous, repetitive, or severe negative comments, circumventing bans, suggestive or overt threats, the sharing of someone's personally identifiable information (also known as doxxing), and server raiding are violations of our Community Guidelines.

In the first quarter of 2023, **12,489** accounts and **1,298** servers were removed for harassment and bullying.

## Hateful Conduct

Hate or harm targeted at individuals or communities is not tolerated on Discord in any way. Discord doesn't allow the organization, promotion, or participation in hate speech or hateful conduct. We define "hate speech" as any form of expression that denigrates, vilifies, or dehumanizes; promotes intense, irrational feelings of enmity or hatred; or incites harm against people on the basis of protected characteristics.

In the first quarter of 2023, **4,352** accounts and **750** servers were removed for hateful conduct.

## Identity and Authenticity

Using Discord for the purpose of coordinating and participating in malicious impersonation of individuals or organizations is a violation of our Community Guidelines.

We disabled **356** accounts and removed **23** servers for identity and authenticity concerns.

**Misinformation**

It is a violation of our Community Guidelines to share false or misleading information that may result in damage to physical infrastructure, injury to others, obstruction of participation in civic process, or the endangerment of public health.

We disabled **124** accounts and removed **50** servers for misinformation.

**Platform Manipulation**

Spam, fake accounts, and self-bots are examples of platform manipulation that damage the experience of our users and violate our Community Guidelines.

We're focused on combating spam and minimizing users' exposure to spammers and spam content on Discord. We have a dedicated cross-functional anti-spam team building sophisticated anti-spam measures.

In the first quarter of 2023, **3,122** accounts and **1,277** servers were removed for platform manipulation-related issues not related to spam. An additional **10,693,885** accounts were disabled for spam or spam-related offenses. This represents a decrease of 71% in the number of accounts disabled when compared to the previous quarter. 99% of accounts disabled for spam were disabled proactively, before we received any user report.

Similar to how we observed fewer accounts disabled for policy violations not including spam over the past few quarters, this decrease reflects a number of positive trends and actions. First, it represents less spam on Discord, and secondly, it represents improvements in our systems to detect spam accounts upon registration, as well as quarantining suspected spam

accounts without fully disabling them, allowing users to regain access to compromised accounts.

Learn more about how Discord combats spam here, and about Automod, a safety feature that enables server owners to automatically moderate certain abuse, including spam here.

## Regulated or Illegal Activities

Using Discord to organize, promote, or engage in any illegal behavior is a violation of our Community Guidelines.

In the first quarter of 2023, **41,441** accounts and **9,558** servers were removed for regulated or illegal activities. This was a decrease of 28% and an increase of 26% respectively. Our rate of proactively removing servers for regulated or illegal activities increased from 60% to 75%. The decrease in accounts disabled and the rate in which we proactively removed these servers was driven by improvements in proactive tooling and the ability to remove servers before they grew in size, resulting in fewer accounts disabled.

## Self-Harm Concerns

For those experiencing mental health challenges, finding a community that is navigating similar challenges can be incredibly helpful for support. That said, platforms have a critical role to play in ensuring that these spaces do not normalize, promote, or encourage others to engage in acts of self-harm.

We may take action on content that seeks to normalize self-harming behaviors, as well as content that discourages individuals from seeking help for self-harm behaviors. These actions are only taken on accounts glorifying or promoting acts of self-harm, not on users seeking help or in need of medical attention.

We're proud to partner with Crisis Text Line, a nonprofit that provides 24/7 text-based mental health support and crisis intervention via trained volunteer crisis counselors. If a user reports a message for self-harm on Discord, they will be presented with information on how to connect with a volunteer Crisis Counselor. You can learn more here.

Crisis Text Line is currently available to those in the United States and is offered in both English and Spanish. You can read more about this partnership here.

In the first quarter of 2023, **1,294** accounts and **540** servers were removed for self-harm concerns.

## Violent and Graphic Content

Real media depicting gore, excessive violence, the glorification of violence, or animal cruelty is not allowed on Discord.

In the first quarter of 2023, **18,666** accounts and **2,348** servers were removed for violent and graphic content. This was an increase of 74% and 83% respectively. This increase was driven largely by advances in proactive tooling which allowed for an increased focus on more specific networks that glorified and promoted violence.

## Violent Extremism

We consider violent extremism to be the support, encouragement, promotion, or organization of violent acts or ideologies that advocate for the destruction of society, often by blaming certain individuals or groups and calling for violence against them.

By partnering and engaging in cross-industry work with the Global Internet Forum To Counter Terrorism (GIFCT), the European Union Internet Forum, and other organizations, we've made progress in our tooling, policy, and subject

matter expertise to ensure that violent extremism does not have a home on Discord.

In the first quarter of 2023, **8,308** accounts and **934** servers were removed for violent extremism. This was an increase of 15% and 13% respectively. We removed servers for violent extremism proactively **60%** of the time.

## Information Requests

When appropriate, Discord complies with information requests from law enforcement agencies while respecting the privacy and rights of our users.

Law enforcement must provide valid legal documentation for the requested information. We review each information request to ensure legal compliance.

Discord may also disclose user data to law enforcement in emergency situations when we possess a good faith belief that there is an imminent risk of serious physical injury or death. You can read more about how Discord works with law enforcement [here](here).

### Legal Requests

Discord received **2,074** pieces of legal process during the fourth quarter of 2022, finding **1,754** both legally valid and specific enough for us to identify an account and produce relevant information. We work to limit disclosures of user information and content so they match the specific circumstances dictated by each request.

| Request Type | Requests | Information Produced |
|---|---|---|
| Court Orders | 31 | 21 |
| Pen Register / Trap and Trace | 1 | 1 |
| Search Warrants | 543 | 492 |
| Subpoenas | 684 | 549 |
| Total | 1,259 | 1,063 |

| Request Type | Requests | Complied |
|---|---|---|
| Preservation Requests | 815 | 691 |

## Emergency Requests

Discord received **264** emergency disclosure requests from law enforcement during this period. These requests originated from law enforcement agencies around the world. We disclose user data to law enforcement absent legal process only when there is imminent risk of serious physical injury or death. Our specialized team reviews each emergency request to authenticate the requestor and confirm the request meets our threshold for voluntary disclosure. We were able to identify **247** accounts based on the information provided by law enforcement for these requests and disclosed basic subscriber information in response to **111** emergency disclosure requests.

# Intellectual Property Removal Requests

Our Community Guidelines and Terms of Service prohibit the sharing of content that infringes third-party intellectual property rights. In accordance with the Digital Millennium Copyright Act (DMCA), Discord will remove content and/or accounts in connection with claims of copyright infringement on Discord.

We review each DMCA notice to ensure that reports are valid and complete and that they are made in good faith.

Discord received **1,365** facially valid DMCA takedown notifications, of which **1,143** provided information sufficient for content removal upon request.