# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| **MARY DOE, as next friend of minor plaintiff, JANE DOE,**<br><br>        Plaintiff,<br><br>v.<br><br>**ROBLOX CORPORATION and DISCORD INC.,**<br><br>        Defendants. | Civil Action No. 3:25-cv-00128 |

## [PROPOSED] ORDER GRANTING DEFENDANT DISCORD INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the Court having read and considered the Motion to Dismiss and memoranda filed by the parties, hereby **GRANTS** Defendant Discord Inc.'s Motion to Dismiss in its entirety and dismisses Plaintiffs' Complaint in its entirety with prejudice.

IT IS SO ORDERED this_____ day of June, 2025

_____
The Honorable Jeffrey V. Brown
United States District Court Judge
Southern District of Texas