UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MARY DOE, as next friend of minor plaintiff, JANE DOE,<br><br>        Plaintiff,<br>   v.<br><br>ROBLOX CORPORATION and DISCORD INC.,<br>        Defendants. | CIVIL ACTION NO. 3:25-cv-00128 |

**ORDER ON PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**

Pending before the Court is Plaintiff's Motion to Proceed Under Pseudonym. The Court finds that the Motion is meritorious. Accordingly, Plaintiff's Motion is hereby GRANTED.

The Court further enters the following orders and restrictions that shall apply to all proceedings in the above-captioned matter:

(1) When filing pleadings, motions, or other documents with the Court, the parties shall use the pseudonyms, Jane Doe and Mary Doe to identify the Minor Plaintiff ("Jane Doe") and Minor Plaintiff's mother and next friend ("Mary Doe"). Exhibits that contain the true name of the Minor Plaintiff or Minor Plaintiff's mother and next friend or that contain any other identifying information shall be redacted before filed.

(2) The true names of the Minor Plaintiff and Minor Plaintiff's mother and next friend shall remain confidential, and neither party nor their representatives shall publicly identify these individuals as a party or witness in the case. Defendants shall provide a copy of this Order to other persons who are involved in the defense of the case and who have a need to know the true name of the Minor Plaintiff or Minor

           Plaintiff's mother and next friend. Defendants shall have the duty to reasonably ensure that such personnel comply with the terms of this Order and shall be responsible upon breach of such duty.

(3)    Minor Plaintiff and Minor Plaintiff's mother and next friend shall file under seal a copy of their Complaint with the Minor Plaintiff and Minor Plaintiff's mother and next friend's true names within seven days of the Court's entry of this Order. Plaintiff's counsel shall serve a copy of the Complaint upon Defendants' counsel by electronic mail.

Signed this _____ day of _____, 2025.

_____
Honorable Jeffrey V. Brown
United States District Judge