### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

MARY DOE, as next friend of minor
plaintiff, JANE DOE,

        Plaintiff,

    v.

ROBLOX CORPORATION and
DISCORD INC.,
        Defendants.

CIVIL ACTION NO. 3:25-cv-00128

### ORDER ON PLAINTIFF'S AMENDED UNOPPOSED MOTION
### TO PROCEED UNDER PSEUDONYM

Pending before the Court is Plaintiff's Amended Unopposed Motion to Proceed

Under Pseudonym. The Court finds that the Motion is meritorious. Accordingly,

Plaintiff's Motion is hereby GRANTED.

The Court further enters the following orders and restrictions that shall apply to all

proceedings in the above-captioned matter:

(1)    When filing pleadings, motions, or other documents with the Court,
the parties shall use the pseudonyms, Jane Doe and Mary Doe, to
identify the Minor Plaintiff ("Jane Doe") and Minor Plaintiff's
mother and next friend ("Mary Doe"). Exhibits that contain the true
name of the Minor Plaintiff or Minor Plaintiff's mother and next
friend or that contain any other identifying information shall be
redacted before filed.

(2)    The true names of the Minor Plaintiff and Minor Plaintiff's mother
and next friend shall remain confidential, and no party or its
representatives shall publicly identify these individuals as a party or
witness in the case. Defendants shall provide a copy of this Order to
other persons who are involved in the defense of the case and who

have a need to know the true name of the Minor Plaintiff or Minor Plaintiff's mother and next friend. Defendants shall have the duty to reasonably ensure that such personnel comply with the terms of this Order and shall be responsible upon breach of such duty.

(3)     Minor Plaintiff and Minor Plaintiff's mother and next friend shall file under seal a copy of their Complaint with the Minor Plaintiff and Minor Plaintiff's mother and next friend's true names within seven days of the Court's entry of this Order. Plaintiff's counsel shall serve a copy of the Complaint upon Defendants' counsel by electronic mail.

Signed this _____ day of _____, 2025.


_____
Hon. Jeffrey V. Brown
United States District Judge