Case 3:25-cv-00128   Document 37   Filed on 07/07/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARY DOE, as next friend of minor plaintiff, JANE DOE, | § § § | |
| Plaintiff, | § § § | |
| VS. | § § | 3:25-cv-128 |
| ROBLOX CORPORATION and DISCORD INC., | § § § § | |
| Defendants. | § | |

# ORDER

Before the court is the plaintiff's amended unopposed motion to proceed under a pseudonym. Dkt. 36. The motion is granted.

The court enters the following orders and restrictions that shall apply to all proceedings in the above-captioned matter:

(1) When filing pleadings, motions, or other documents with the court, the parties shall use the pseudonyms, Jane Doe and Mary Doe, to identify the minor plaintiff ("Jane Doe") and the minor plaintiff's mother and next friend ("Mary Doe"). Exhibits that contain the true name of the minor plaintiff or the minor plaintiff's mother and next friend or that contain any other identifying information shall be redacted before filed.

(2) The true names of the minor plaintiff and the minor plaintiff's mother and next friend shall remain confidential, and no party or its representatives shall publicly identify these individuals as a party or witness in the case. The defendants shall provide a copy of this order to other persons who are involved in the defense of the case and who have a need to know the true name

of the minor plaintiff or the minor plaintiff's mother and next friend. The defendants shall have the duty to reasonably ensure that such personnel comply with the terms of this order and shall be responsible upon breach of such duty.

(3) The minor plaintiff and the minor plaintiff's mother and next friend shall file under seal a copy of their complaint with the minor plaintiff and the minor plaintiff's mother and next friend's true names within seven days of the court's entry of this order. The plaintiff's counsel shall serve a copy of the complaint upon the defendants' counsel by electronic mail.

Signed on Galveston Island this 7th day of July, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE