UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Mary Doe, et al.

v.  Case Number: 3:25−cv−00128

Roblox Corporation, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646−828−7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 8/13/2025

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Miscellaneous Relief − #29
Brief − #53

Date:   August 11, 2025                                      Nathan Ochsner, Clerk